✎AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.

OLGA MARINA VASQUEZ-PALMA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 1:08-MJ-114M

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| U.S. DISTRICT COURT<br>TWO EXCHANGE TERRACE, PROVIDENCE, RI | COURTROOM B |
| Before: U.S.MAGISTRATE JUDGE DAVID L. MARTIN | Date and Time<br>8/13/2008 3:30 am |

To answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title 18 United States Code, Section(s) 1546(b)

Brief description of offense:

Alien present in the United States without permission, and is an alien who presented a counterfeit Alien Registration Card for the purpose of satisfying the employment verification provision

PLEASE CONTACT U.S. PROBATION AT 752-7300 PRIOR TO THE HEARING ON 8/13/08

Signature of Issuing Officer

8/6/2008
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1] 8/7/08 Date @ 4:55 PM

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: **REDACTED** Fed Prov.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/7/08
Date

[signature]
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2008 AUG 11 A 11:51
FILED

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.