AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Olga Marina Vasquez-Palma

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08-MJ-114M

I, Olga Marina Vasquez-Palma, charged in a (complaint) (petition) pending in this District with use of false documents for employment under 274A(b) of Immigration Act. in violation of Title 18, U.S.C., 1546(b), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Olga Vásquez
*Defendant*

8/13/08
*Date*

[signature]
*Counsel for Defendant*