UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. David L. Martin |
| | : | |
| v. | : | Criminal No. 1:08-MJ-114M |
| | : | |
| OLGA MARINA VASQUEZ-PALMA | : | ORDER |

This matter having been opened to the Court by Robert Clark Corrente, United States Attorney for the District of Rhode Island (John P. McAdams, Assistant U.S. Attorney,) and Olga Marina Vasquez-Palma (Attorney Mary McElroy, Esq., ) for an order extending the period of time in which the matter must be indicted to October 1, 2008 to permit the parties to continue plea negotiations and to finalize a plea agreement, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this period in which this matter must be indicted action should be continued to October 1, 2008, for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Counsel for the Defendant desires additional time to consult with the defendant, and such consultations require the services of a translator.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 2nd day of Sept, 2008

ORDERED that the time period in which this matter must be indicted shall be extend to October 1, 2008.

IT IS FURTHER ORDERED that the period from August 29, 2008, through October 1, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

David L. Martin

HON. DAVID L. MARTIN
United States Magistrate Judge